THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD S. GLENDENING, Respondent, against ALICIA M. GLENDENING, Appellant.

Submitted May 26, 1939; decided June 19, 1939.

*Maurice Finkelstein* and *Frieda B. Hennock* for appellant.

*Paul W. Williams* and *Robert M. Bozeman* for respondent.

Order of Appellate Division reversed and the orders of Special Term reinstated, without costs, on the authority of *People ex rel. Duryee* v. *Duryee* (188 N. Y. 440). No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.